```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**GLORIA SUE WORKMAN**                                              **PLAINTIFF**

**v.**                          **Civil No. 10-5119**

**MICHAEL J. ASTRUE,**
**Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## O R D E R

Now on this 19th day of July, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 9) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 9) is hereby **adopted *in toto*;**

**IT IS FURTHER ORDERED** that the decision of the ALJ is hereby **affirmed**; and

**IT IS FURTHER ORDERED** that this case is hereby **dismissed with prejudice.**

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE